# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CANTON ELECTRICAL WELFARE FUND, et al.** | ) CASE NO. 1:08-CV-1751 |
| | ) |
| | ) **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiffs** | ) |
| | ) **STIPULATED NOTICE OF DISMISSAL** |
| vs. | ) **OF DEFENDANT DATA CABLING** |
| | ) **SOLUTIONS, INC.** |
| **GREAT LAKES COMMUNICATIONS, INC., et al.** | ) |
| | ) |
| **Defendants** | ) |

Now come the Plaintiffs, by and through the undersigned, and, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismiss their Complaint against Defendant Data Cabling Solutions, Inc. <u>only</u> **WITH PREJUDICE**. The matter shall continue against Defendant Great Lakes Communications, Inc.

Counsel for Defendant consents to this dismissal.

```
        IT IS SO ORDERED.

        S/CHRISTOPHER A. BOYKO
        APRIL 13, 2009
```