UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CANTON ELECTRICAL WELFARE ) CASE NO. 1:08CV1751
FUND, et al., )
                              )
           Plaintiffs,        ) JUDGE CHRISTOPHER A. BOYKO
                              )
    vs.                       )
                              )
GREAT LAKES COMMUNICATIONS, ) ORDER
                              )
           Defendant.         )

    The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

    IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

    IT IS SO ORDERED.

_6/4/09_                             _Christopher A. Boyko_
Date                                      CHRISTOPHER A. BOYKO
                                          United States District Judge